**Fill in this information to identify the case:**

**Debtor 1** Melvin Principe

**Debtor 2** (Spouse, if filing)

**United States Bankruptcy Court for the :** Central **District of** California (State)

**Case number** 8:22-bk-10761-MH

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.**

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 14

**Last four digits** of any number you use to identify the debtors' account: XXXXXX3568

**Date of payment change:** Must be at least 21 days after date of this notice 12/01/2025

**New total payment:** Principal, interest, and escrow, if any $1,904.47

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: PMI Cancellation

**Current escrow payment:** $ 117.13 **New escrow payment :** $ 0.00

## Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

☒ No
☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____

**Current interest rate:** % **New interest rate:** %

**Current principal and interest payment:** $ ____ **New principal and interest payment:** $ ____

## Part 3: Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: ____

**Current mortgage payment:** $ ____ **New mortgage payment:** $ ____

Debtor 1 **Melvin Principe** Case number *(if known)* 8:22-bk-10761-MH
First Name Middle Name Last Name

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** */s/Dane Exnowski* Date 11/06/2025
Signature

Print: Dane Exnowski Title Authorized Agent for Creditor
First Name Middle Name Last Name

Company McCalla Raymer Leibert Pierce, LLP

Address 1544 Old Alabama Road
Number Street
Roswell GA 30076
City State ZIP Code

Contact phone (833)290-7452 Email dane.exnowski@mccalla.com

| | | |
|---|---|---|
| | Bankruptcy Case No.: | 8:22-bk-10761-MH |
| In Re: | Chapter: | 13 |
| Melvin Principe | Judge: | Mark D. Houle |

CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Melvin Principe
1601 West Cutter Road
Anaheim, CA 92801

Benjamin Heston *(Served via ECF at bhestonecf@gmail.com)*
100 Bayview Circle Suite 100
Newport Beach, CA 92660

Amrane (SA) Cohen (TR) *(Served via ECF Notification)*
770 The City Drive South Suite 3700
Orange, CA 92868

U.S. Trustee (Served via ECF Notification)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 11/10/2025 By: */s/Dane Exnowski*
(date) Dane Exnowski
Authorized Agent for Creditor

newrez®

P.O. BOX 770128
Coral Springs, FL 33077-0128
**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
**Forwarding Service Requested**

**Questions? We're here to help.**

**Toll-Free Phone:** 866-317-2347

**Hours of Operation:**
Mon–Thur: 8:00AM–9:00PM ET
Fri: 8:00AM–9:00PM ET
Sat: 10:00AM–2:00PM ET

**Correspondence Address:**
P.O. Box 10826
Greenville, SC 29603

**www.newrez.com**

**Loan Number:**
[redacted]

**Property Address:**
1601 W CUTTER RD
# 30
ANAHEIM, CA 92801

[redacted]

Melvin Owen De Principe
Aira Samantha M Ching
19700 Fairchild Ste 280
Irvine CA 92612-2521

November 4, 2025

Dear Homeowner(s):

Under applicable federal or state law, you currently meet all requirements to terminate the Private Mortgage Insurance (PMI) for the referenced property. PMI is no longer a requirement for your loan. As such, you are no longer responsible for the premiums, payments, or fees associated with PMI.

- Your monthly payment amount will be adjusted to reflect the removal of the PMI premium.
- The revised amount will be included in the next monthly billing statement.
- An escrow payment adjustment will be completed within approximately thirty (30) days of cancellation to determine the new payment amount due.

PMI does not protect your property against damages caused by fire, flood, storms, and other natural events. Your loan agreement requires that you maintain continuous homeowners' insurance coverage at all times, and the termination of PMI does not amend this requirement.

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 866-317-2347.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-317-2347.

Sincerely,

Customer Care Team
Newrez LLC

**Please read the following important notices as they may affect your rights.**

Newrez LLC is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. Newrez LLC NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Newrez LLC P.O. Box 10826, Greenville, SC 29603.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-317-2347 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-317-2347 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

**California**
As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**California**
Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov.

**如果您要使用英语以外的其他语言进行交流，请致电 866-317-2347 我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**