Amrane Cohen, Trustee  
Orange City Square  
770 The City Dr. South, #3700  
Orange, CA 92868

Case#: 8:22-bk-10761-MH

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRUSTEE'S SIX MONTH REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from April 01, 2023 to September 30, 2023  
**Chapter 13 Case #: 8:22-bk-10761-MH**

Re: Melvin Principe  
1601 West Cutter Road  
Anaheim, CA 92801

Attorney: Benjamin R Heston  
Heston & Heston  
19700 Fairchild Road  
Suite 280  
Irvine, CA 92612

This case percentage to unsecured creditors is **33.00 %**

## RECEIPTS FOR PERIOD

| Date | Source | Amount | Date | Source | Amount | Date | Source | Amount |
|---|---|---|---|---|---|---|---|---|
| May-23 | 9145901000 | $1,391.00 | Jun-23 | 9200550000 | $1,391.00 | Jun-23 | 9247075000 | $1,391.00 |
| Jul-23 | 9290363000 | $1,391.00 | Sep-23 | 9355593000 | $1,391.00 | | | |

## CLAIMS STATUS AND DISTRIBUTIONS FOR THE PERIOD

| CLAIMANT NAME | | ACCOUNT # | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt | |
| **Aira Samantha Ching** | | | | | | | | |
| 2 | | | | NOT FILED | | | | |
| **Amrane (SA) Cohen (TR)** | | | | | | | | |
| 17 | | | | NOT FILED | | | | |
| **Benjamin R Heston** | | | | | | | | |
| 18 | | | | NOT FILED | | | | |
| **Best Buy/CBNA** | | 6538 | | | | | | |
| 3 | | | | NOT FILED | | | | |
| **Citicards CBNA** | | 4974 | | | | | | |
| 5 | | | | NOT FILED | | | | |
| 19 | | | | NOT FILED | | | | |
| **DISCOVER FINANCIAL SERVICES** | | 7644 | | | | | | |
| 6 | 2 | Unsecured | | 15,626.20 | 33.00% | 651.79 | 0.00 | 4,504.86 |
| April 07, 2023 | 6237569 | CR | $106.07 | June 09, 2023 | 6238624 | CR | $106.07 | |
| July 07, 2023 | 6239194 | CR | $212.14 | August 04, 2023 | 6239702 | CR | $106.05 | |
| September 08, 2023 | 6240200 | CR | $106.09 | | | | | |
| **INTERNAL REVENUE SERVICE** | | 0731 | | | | | | |

| CLAIMANT NAME | | | | ACCOUNT # | | | | | Case#: 8:22-bk-10761-MH | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim# | | Court Claim# | | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
| | Disbursement Date | Check # | Type | Disbursement Amt | | Disbursement Date | Check # | Type | Disbursement Amt | |
| 10007 | | 3 | | Unsecured | | 421.77 | 33.00% | 17.59 | 0.00 | 121.59 |
| | June 09, 2023 | 8000058 | CR | $6.14 | | July 07, 2023 | 8000061 | CR | $5.73 | |
| | September 08, 2023 | 8000102 | CR | $5.72 | | | | | | |
| **JEFFERSON CAPITAL SYSTEMS, LLC** | | | | 5333 | | | | | | |
| 4 | | 11 | | Unsecured | | 15,241.75 | 33.00% | 635.75 | 0.00 | 4,394.03 |
| | April 07, 2023 | 6237634 | CR | $103.46 | | June 09, 2023 | 6238703 | CR | $103.46 | |
| | July 07, 2023 | 6239268 | CR | $206.92 | | August 04, 2023 | 6239769 | CR | $103.44 | |
| | September 08, 2023 | 6240273 | CR | $103.48 | | | | | | |
| **JPMORGAN CHASE BANK, N.A.** | | | | 9224 | | | | | | |
| 8 | | 7 | | Unsecured | | 11,179.17 | 33.00% | 466.30 | 0.00 | 3,222.83 |
| | April 07, 2023 | 6237640 | CR | $75.88 | | June 09, 2023 | 6238712 | CR | $75.88 | |
| | July 07, 2023 | 6239276 | CR | $151.77 | | August 04, 2023 | 6239776 | CR | $75.87 | |
| | September 08, 2023 | 6240281 | CR | $75.90 | | | | | | |
| 9 | | 6 | | Unsecured | | 24,642.28 | 33.00% | 1,027.86 | 0.00 | 7,104.09 |
| | April 07, 2023 | 6237640 | CR | $167.27 | | June 09, 2023 | 6238712 | CR | $167.27 | |
| | July 07, 2023 | 6239276 | CR | $334.54 | | August 04, 2023 | 6239776 | CR | $167.25 | |
| | September 08, 2023 | 6240281 | CR | $167.29 | | | | | | |
| 20 | | 5 | | Unsecured | | 10,531.40 | 33.00% | 439.28 | 0.00 | 3,036.08 |
| | April 07, 2023 | 6237640 | CR | $71.49 | | June 09, 2023 | 6238712 | CR | $71.49 | |
| | July 07, 2023 | 6239276 | CR | $142.97 | | August 04, 2023 | 6239776 | CR | $71.48 | |
| | September 08, 2023 | 6240281 | CR | $71.49 | | | | | | |
| **LVNV Funding, LLC** | | | | 8299 | | | | | | |
| 22 | | 13 | | Unsecured | | 11,227.47 | 33.00% | 468.28 | 0.00 | 3,236.79 |
| | April 07, 2023 | 6237680 | CR | $76.21 | | June 09, 2023 | 6238758 | CR | $76.21 | |
| | July 07, 2023 | 6239320 | CR | $152.42 | | August 04, 2023 | 6239816 | CR | $76.26 | |
| | September 08, 2023 | 6240327 | CR | $76.14 | | | | | | |
| 23 | | 12 | | Unsecured | | 18,717.99 | 33.00% | 780.70 | 0.00 | 5,396.24 |
| | April 07, 2023 | 6237680 | CR | $127.06 | | June 09, 2023 | 6238758 | CR | $127.05 | |
| | July 07, 2023 | 6239320 | CR | $254.11 | | August 04, 2023 | 6239816 | CR | $127.13 | |
| | September 08, 2023 | 6240327 | CR | $126.94 | | | | | | |
| **MIDLAND CREDIT MANAGEMENT, INC** | | | | 4357 | | | | | | |
| 11 | | 8 | | Unsecured | | 2,858.74 | 33.00% | 119.25 | 0.00 | 824.13 |
| | April 07, 2023 | 6237696 | CR | $22.21 | | June 09, 2023 | 6238780 | CR | $19.40 | |
| | July 07, 2023 | 6239339 | CR | $38.81 | | August 04, 2023 | 6239833 | CR | $19.42 | |
| | September 08, 2023 | 6240341 | CR | $19.41 | | | | | | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | | | | 3107 | | | | | | |
| 24 | | 15 | | Unsecured | | 2,129.61 | 33.00% | 88.83 | 0.00 | 613.94 |
| | April 07, 2023 | 6237778 | CR | $16.55 | | June 09, 2023 | 6238862 | CR | $14.46 | |
| | July 07, 2023 | 6239411 | CR | $28.91 | | August 04, 2023 | 6239903 | CR | $14.45 | |

| CLAIMANT NAME | | ACCOUNT # | | | | | | Case#: 8:22-bk-10761-MH |
|---|---|---|---|---|---|---|---|---|
| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt | |
| September 08, 2023 | 6240418 | CR | $14.46 | | | | | |

| Quantum3 Group LLC | | | 5709 | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | 1 | Unsecured | | 17,972.58 | 33.00% | 749.66 | 0.00 | 5,181.29 |
| April 07, 2023 | 6237785 | CR | $122.00 | June 09, 2023 | 6238871 | CR | $121.99 | |
| July 07, 2023 | 6239419 | CR | $243.99 | August 04, 2023 | 6239910 | CR | $121.98 | |
| September 08, 2023 | 6240428 | CR | $122.02 | | | | | |

| Santa Ana Division | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | NOT FILED | | | | |

| TOYOTA MOTOR CREDIT CORPORATION | | | 4939 | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13 | 10 | | | PAY DIRECT | | | | |

| United States Trustee (SA) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14 | | | | NOT FILED | | | | |

| Upstart Network | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | 4 | Unsecured | | 52,270.27 | 33.00% | 2,180.27 | 0.00 | 15,068.92 |
| April 07, 2023 | 6237875 | CR | $354.81 | June 09, 2023 | 6238969 | CR | $354.80 | |
| July 07, 2023 | 6239505 | CR | $709.61 | August 04, 2023 | 6239998 | CR | $354.75 | |
| September 08, 2023 | 6240519 | CR | $354.89 | | | | | |

| WELLS FARGO BANK | | | 4624 | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | 9 | Unsecured | | 1,612.37 | 33.00% | 67.25 | 0.00 | 464.83 |
| April 07, 2023 | 6237895 | CR | $12.52 | June 09, 2023 | 6238993 | CR | $10.95 | |
| July 07, 2023 | 8000059 | CR | $21.89 | August 04, 2023 | 8000067 | CR | $10.95 | |
| September 08, 2023 | 8000086 | CR | $10.94 | | | | | |

| Wells Fargo Card Service | | | 6291 | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | | | | NOT FILED | | | | |

Case#: 8:22-bk-10761-MH

## SUMMARY TOTALS TO DATE

Summary of all receipts and disbursements from the date the case was filed, to and including: 09/30/2023

Receipts: $20,969.00  Plan Base: * $82,173.00  Base Balance: ** $61,204.00  Balance On Hand: $0.00

Paid to Creditors: $16,372.10  Attorney Fees: $2,500.00  Debtor Refund: $0.00  Trustee Fees: $2,096.90

---

**NOTE:**   Checks issued by this office are highlighted in grey.

**\* NOTE:**   The Debtor(s)must pay the greater of the principal balance or the base balance to qualify for a discharge. To obtain a plan balance contact the office at 714-621-0200 or connect to www.ndc.org.

**\*\* NOTE:** Base Balance does not represent the payoff amount for your case. However, it does represent the minimum amount that you must pay into the case to qualify for a discharge.

You must provide copies of your tax returns to the trustee within 15 days of filing. Failure to provide these tax returns may result in dismissal of your case or a challenge to your discharge. Tax refunds received by Debtor(s) who are not paying 100% to unsecured creditors are usually pledged to the plan. Any net refund you are entitled to less $500 per year must be turned over to the Trustee. This requirement is waived for 2020 Federal tax refund because of COVID relief legislation.

You can make your plan payment electronically as described below:

**ePay for the Office of Amrane Cohen, Chapter 13 Trustee**

ePay is an on-line system that allows you to tender your payments to the trustee on-line.  You will benefit from using this system because:

The cost of the system may be less than the cost of purchasing cashier's checks or money order.

You can schedule when you make your payments - however you are still responsible for making your payments prior to the due date.

You will get e-mail confirmation that your payment has been tendered.

If there is any problem getting the funds from your bank account you will get notification the next day.

Payments will usually be posted to your case within two business days.

You can tender any tax refunds pledged to the plan through this system.

You must register an account to take advantage of this system.  Registering is free and simple.  It can be done on-line at your convenience.  You may access the ePay system by visiting our web site: **ch13ac.com** and clicking on the ePay selection on the first page of the site.

You will be required to enter a transaction ID.  In your case, your transaction ID is **2210761** followed by the last 4 digits of the social security number of person listed first in this report (if you have a joint case).

There is a fee charged by our bank for this service and that fee is charged to you directly by the bank.  The fee is $2.00 per payment.

We hope you will decide to use this system to tender all your payments to the office.

**Case#: 8:22-bk-10761-MH**