Amrane Cohen, Trustee
Orange City Square
770 The City Dr. South, #3700
Orange, CA 92868

Case#: 8:22-bk-10761-MH

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRUSTEE'S SIX MONTH REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from October 01, 2024 to March 31, 2025
**Chapter 13 Case #: 8:22-bk-10761-MH**

Re: Melvin Principe
    1601 West Cutter Road
    Anaheim, CA 92801

Attorney:    Benjamin R Heston
    Heston & Heston
    19700 Fairchild Road
    Suite 280
    Irvine, CA 92612

This case percentage to unsecured creditors is <u>33.00 %</u>

## RECEIPTS FOR PERIOD

| Date | Source | Amount | Date | Source | Amount | Date | Source | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| Oct-24 | 1000934800 | $1,391.00 | Nov-24 | 1005807600 | $1,391.00 | Dec-24 | 1009925800 | $1,391.00 |
| Jan-25 | 1014928000 | $1,391.00 | Feb-25 | 1018810600 | $1,391.00 | Mar-25 | 1021215800 | $1,391.00 |

## CLAIMS STATUS AND DISTRIBUTIONS FOR THE PERIOD

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|--------|--------------|-------|----------|--------------|--------------------|----------------|---------------|-------------------|

**CLAIMANT NAME** / **ACCOUNT #**

| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
|-------------------|---------|------|------------------|-------------------|---------|------|------------------|

**Aira Samantha Ching**

| 2 | | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|---|

**Amrane (SA) Cohen (TR)**

| 17 | | | | NOT FILED | | | | |
|----|---|---|---|---|---|---|---|---|

**Benjamin R Heston**

| 18 | | | | NOT FILED | | | | |
|----|---|---|---|---|---|---|---|---|

**Best Buy/CBNA**   6538

| 3 | | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|---|

**Citicards CBNA**   4974

| 5 | | | | NOT FILED | | | | |
|---|---|---|---|---|---|---|---|---|
| 19 | | | | NOT FILED | | | | |

**Discover Bank**   7644

| 6 | 2 | Unsecured | | 15,626.20 | 33.00% | 2,454.95 | 0.00 | 2,701.70 |
|---|---|-----------|---|-----------|--------|----------|------|----------|

| October 04, 2024 | 6246230 | CR | $106.07 | November 08, 2024 | 6246669 | CR | $106.06 |
|------------------|---------|----|---------|--------------------|---------|----|---------|
| December 05, 2024 | 6247118 | CR | $106.07 | January 03, 2025 | 6247525 | CR | $106.07 |
| February 07, 2025 | 6247932 | CR | $106.07 | March 10, 2025 | 6248376 | CR | $106.06 |

**INTERNAL REVENUE SERVICE**   0731

| CLAIMANT NAME | | | ACCOUNT # | | | | | | Case#: 8:22-bk-10761-MH |
|---|---|---|---|---|---|---|---|---|---|
| Claim# | Court Claim# | | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |

| | Disbursement Date | Check # | Type | Disbursement Amt | | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|---|---|
| **10007** | **3** | | Unsecured | | 421.77 | 33.00% | 63.40 | 0.00 | 75.78 |
| | October 04, 2024 | 8000340 | CR | $5.73 | | December 05, 2024 | 8000374 | CR | $5.72 |
| | February 07, 2025 | 8000409 | CR | $5.73 | | | | | |

| **JEFFERSON CAPITAL SYSTEMS, LLC** | **5333** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **4** | **11** | | Unsecured | | 15,241.75 | 33.00% | 2,394.55 | 0.00 | 2,635.23 |
| | October 04, 2024 | 6246289 | CR | $103.46 | | November 08, 2024 | 6246740 | CR | $103.45 |
| | December 05, 2024 | 6247181 | CR | $103.47 | | January 03, 2025 | 6247585 | CR | $103.46 |
| | February 07, 2025 | 6247999 | CR | $103.46 | | March 10, 2025 | 6248443 | CR | $103.45 |

| **JPMORGAN CHASE BANK, N.A.** | **9224** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **8** | **7** | | Unsecured | | 11,179.17 | 33.00% | 1,756.33 | 0.00 | 1,932.80 |
| | October 04, 2024 | 6246300 | CR | $75.88 | | November 08, 2024 | 6246753 | CR | $75.94 |
| | December 05, 2024 | 6247191 | CR | $75.81 | | January 03, 2025 | 6247597 | CR | $75.88 |
| | February 07, 2025 | 6248012 | CR | $75.88 | | March 10, 2025 | 6248455 | CR | $75.94 |
| **9** | **6** | | Unsecured | | 24,642.28 | 33.00% | 3,871.42 | 0.00 | 4,260.53 |
| | October 04, 2024 | 6246300 | CR | $167.26 | | November 08, 2024 | 6246753 | CR | $167.26 |
| | December 05, 2024 | 6247191 | CR | $167.29 | | January 03, 2025 | 6247597 | CR | $167.27 |
| | February 07, 2025 | 6248012 | CR | $167.27 | | March 10, 2025 | 6248455 | CR | $167.26 |
| **20** | **5** | | Unsecured | | 10,531.40 | 33.00% | 1,654.53 | 0.00 | 1,820.83 |
| | October 04, 2024 | 6246300 | CR | $71.48 | | November 08, 2024 | 6246753 | CR | $71.48 |
| | December 05, 2024 | 6247191 | CR | $71.49 | | January 03, 2025 | 6247597 | CR | $71.49 |
| | February 07, 2025 | 6248012 | CR | $71.48 | | March 10, 2025 | 6248455 | CR | $71.48 |

| **LVNV Funding, LLC** | **8299** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **22** | **13** | | Unsecured | | 11,227.47 | 33.00% | 1,763.89 | 0.00 | 1,941.18 |
| | October 04, 2024 | 6246332 | CR | $76.21 | | November 08, 2024 | 6246788 | CR | $76.21 |
| | December 05, 2024 | 6247220 | CR | $76.21 | | January 03, 2025 | 6247627 | CR | $76.21 |
| | February 07, 2025 | 6248043 | CR | $76.21 | | March 10, 2025 | 6248484 | CR | $76.21 |
| **23** | **12** | | Unsecured | | 18,717.99 | 33.00% | 2,940.69 | 0.00 | 3,236.25 |
| | October 04, 2024 | 6246332 | CR | $127.05 | | November 08, 2024 | 6246789 | CR | $127.05 |
| | December 05, 2024 | 6247220 | CR | $127.07 | | January 03, 2025 | 6247627 | CR | $127.06 |
| | February 07, 2025 | 6248043 | CR | $127.05 | | March 10, 2025 | 6248485 | CR | $127.05 |

| **MIDLAND CREDIT MANAGEMENT, INC** | **4357** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **11** | **8** | | Unsecured | | 2,858.74 | 33.00% | 449.13 | 0.00 | 494.25 |
| | October 04, 2024 | 6246348 | CR | $19.42 | | November 08, 2024 | 6246807 | CR | $19.40 |
| | December 05, 2024 | 6247240 | CR | $19.41 | | January 03, 2025 | 6247644 | CR | $19.40 |
| | February 07, 2025 | 6248065 | CR | $19.40 | | March 10, 2025 | 6248504 | CR | $19.42 |

| **PORTFOLIO RECOVERY ASSOCIATES, LL** | **3107** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **24** | **15** | | Unsecured | | 2,129.61 | 33.00% | 334.57 | 0.00 | 368.20 |
| | October 04, 2024 | 6246411 | CR | $14.46 | | November 08, 2024 | 6246870 | CR | $14.45 |
| | December 05, 2024 | 6247299 | CR | $14.45 | | January 03, 2025 | 6247705 | CR | $14.46 |

| CLAIMANT NAME | | | ACCOUNT # | | | | | | Case#: 8:22-bk-10761-MH |
|---|---|---|---|---|---|---|---|---|---|

| Claim# | Court Claim# | | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|

| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|
| February 07, 2025 | 6248131 | CR | $14.46 | March 10, 2025 | 6248565 | CR | $14.45 |

**Quantum3 Group LLC** — 5709

| Claim# | Court Claim# | Class | Claim Amount | Percent | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|
| 10 | 1 | Unsecured | 17,972.58 | 33.00% | 2,823.58 | 0.00 | 3,107.37 |

| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|
| October 04, 2024 | 6246422 | CR | $121.99 | November 08, 2024 | 6246881 | CR | $121.99 |
| December 05, 2024 | 6247308 | CR | $122.01 | January 03, 2025 | 6247713 | CR | $122.00 |
| February 07, 2025 | 6248141 | CR | $121.99 | March 10, 2025 | 6248573 | CR | $121.99 |

**Santa Ana Division**

| Claim# | | Class |
|---|---|---|
| 1 | | NOT FILED |

**TOYOTA MOTOR CREDIT CORPORATION** — 4939

| Claim# | Court Claim# | Class |
|---|---|---|
| 13 | 10 | PAY DIRECT |

**United States Trustee (SA)**

| Claim# | | Class |
|---|---|---|
| 14 | | NOT FILED |

**Upstart Network, Inc.**

| Claim# | Court Claim# | Class | Claim Amount | Percent | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|
| 15 | 4 | Unsecured | 52,270.27 | 33.00% | 8,211.90 | 0.00 | 9,037.29 |

| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|
| October 04, 2024 | 6246496 | CR | $354.80 | November 08, 2024 | 6246961 | CR | $354.79 |
| December 05, 2024 | 6247386 | CR | $354.83 | January 03, 2025 | 6247783 | CR | $354.81 |
| February 07, 2025 | 6248219 | CR | $354.80 | March 10, 2025 | 6248646 | CR | $354.78 |

**WELLS FARGO BANK** — 4624

| Claim# | Court Claim# | Class | Claim Amount | Percent | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|
| 21 | 9 | Unsecured | 1,612.37 | 33.00% | 253.31 | 0.00 | 278.77 |

| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|
| October 04, 2024 | 8000326 | CR | $10.94 | November 08, 2024 | 8000344 | CR | $10.96 |
| December 05, 2024 | 8000364 | CR | $10.93 | January 03, 2025 | 8000380 | CR | $10.94 |
| February 07, 2025 | 8000393 | CR | $10.95 | March 10, 2025 | 8000413 | CR | $10.95 |

**Wells Fargo Card Service** — 6291

| Claim# | | Class |
|---|---|---|
| 16 | | NOT FILED |

## SUMMARY TOTALS TO DATE

Summary of all receipts and disbursements from the date the case was filed, to and including: 03/31/2025

Receipts: $46,007.00  Plan Base: * $82,173.00  Base Balance: ** $36,166.00  Balance On Hand: $1,254.77

Paid to Creditors: $37,651.54  Attorney Fees: $2,500.00  Debtor Refund:  $0.00   Trustee Fees: $4,600.69

**NOTE:**  Checks issued by this office are highlighted in grey.

**\* NOTE:**  The Debtor(s)must pay the greater of the principal balance or the base balance to qualify for a discharge. To obtain a plan balance contact the office at 714-621-0200 or connect to www.ndc.org.

**\*\* NOTE:** Base Balance does not represent the payoff amount for your case. However, it does represent the minimum amount that you must pay into the case to qualify for a discharge.

You must provide copies of your tax returns to the trustee within 15 days of filing. Failure to provide these tax returns may result in dismissal of your case or a challenge to your discharge. Tax refunds received by Debtor(s) who are not paying 100% to unsecured creditors are usually pledged to the plan. Any net refund you are entitled to less $500 per year must be turned over to the Trustee.

You can make your plan payment electronically as described below:

### ePay for the Office of Amrane Cohen, Chapter 13 Trustee

ePay is an on-line system that allows you to tender your payments to the trustee on-line.  You will benefit from using this system because:

The cost of the system may be less than the cost of purchasing cashier's checks or money order.

You can schedule when you make your payments - however you are still responsible for making your payments prior to the due date.

You will get e-mail confirmation that your payment has been tendered.

If there is any problem getting the funds from your bank account you will get notification the next day.

Payments will usually be posted to your case within two business days.

You can tender any tax refunds pledged to the plan through this system.

You must register an account to take advantage of this system.  Registering is free and simple.  It can be done on-line at your convenience.  You may access the ePay system by visiting our web site: **ch13ac.com** and clicking on the ePay selection on the first page of the site.

There is a fee charged by our bank for this service and that fee is charged to you directly by the bank.  The fee is  $2.00 per payment.

We hope you will decide to use this system to tender all your payments to the office.

**New ePay Online Payment Center:**
**https://www.billerpayments.com/app/enrolledwebui/#/login?bsn=orangecatrustee**

**A private service which provides similar functions can be found at www.TFSbillpay.com**
**Fees are listed on the site, and range from $0.99 to $7.99**

Case#: 8:22-bk-10761-MH