Certificate Number: 03841-CAC-DE-040521204

Bankruptcy Case Number: 22-10761



03841-CAC-DE-040521204

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 15, 2026, at 3:54 o'clock PM PST, Melvin Principe completed a course on personal financial management given by internet by Amrane Cohen, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   January 18, 2026    By:   /s/Scott E Kehiaian

Name:   Scott E Kehiaian

Title:   TEN Representative